UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADRECA REID, Individually and as the representative of a class of similarly situated persons,<br><br>         Plaintiff,<br><br>  - against -<br><br>CHANTECAILLE BEAUTE INC.,<br><br>  Defendant. | ECF Case<br><br>1:22-cv-9425-PGG<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Nadreca Reid and defendant, Chantecaille Beaute, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       March ___, 2023

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Ste. 415
Scarsdale, New York 10583
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

By: _____
Jennifer S. Rusie, Esq.
611 Commerce St., Suite 3102
Nashville, TN 37203
Telephone: (615) 565-1664
Email: Jennifer.rusie@jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date: April 4, 2023

ACTIVE\53784909.v1